UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Fisher & Company, Inc., Fisher &
Company, Inc. Employee Benefit Plan
For Hourly Employees and Fisher &
Company, Inc. Employee Benefit Plan
for Salaried Employees,

        Plaintiffs,

v.

Blue Cross and Blue Shield of
Michigan,

        Defendant.

Case No. 13-cv-13221-GER-MAR

Hon. Gerald E. Rosen

---

## **STIPULATION TO DISMISS**

      The parties stipulate to the entry of an Order dismissing this matter with prejudice and without costs

                    VARNUM LLP
                    *Counsel for Plaintiffs*

Date: May 5, 2015         By:  */s/ Aaron M. Phelps*
                        Aaron M. Phelps (P64790)
                  Business Address, Telephone, and E-mail:
                      Bridgewater Place, P.O. Box 352
                      Grand Rapids, MI 49501-0352
                      (616) 336-6000
                      amphelps@varnumlaw.com

`

BODMAN PLC
*Counsel for Defendant*

Date:  May 5, 2015          By:     /s/ *G. Christopher Bernard*
                                    G. Christopher Bernard (P57939)
                                    Business Address, Telephone, and E-mail:
                                        201 S. Division St., Suite 400
                                        Ann Arbor, MI  48104
                                        (734) 761-3780
                                        cbernard@bodmanlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Fisher & Company, Inc., Fisher &
Company, Inc. Employee Benefit Plan
For Hourly Employees and Fisher &
Company, Inc. Employee Benefit Plan
for Salaried Employees,

        Plaintiffs,

v.

Blue Cross and Blue Shield of
Michigan,

        Defendant.

Case No. 13-cv-13221-GER-MAR

Hon. Gerald E. Rosen

---

## ORDER TO DISMISS

Having considered the parties' Stipulation to Dismiss, it is hereby ordered that all claims raised in this matter are dismissed with prejudice and without costs.

**IT IS SO ORDERED.**

s/Gerald E. Rosen
Hon. Gerald E. Rosen
United States District Judge

Dated: May 11, 2015

9397173_1.DOCX